IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDREA BENEZE,<br><br>Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA, d/b/a *Cigna Group Insurance,*<br><br>Defendant. | Case No. 18-cv-1695 JPG/RJD |

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: July 8, 2019**      **MARGARET M. ROBERTIE, Clerk of Court**

           *s/Tina Gray*
            **Deputy Clerk**


**Approved:**   *s/J. Phil Gilbert*
         **J. PHIL GILBERT**
         **DISTRICT JUDGE**